

# Fourth Court of Appeals
## San Antonio, Texas

December 4, 2018

No. 04-18-00502-CR

Ronardo **FAIRLY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR3148
Honorable Joey Contreras, Judge Presiding

# O R D E R

After we granted Appellant's first and second motions for extension of time to file the brief, Appellant's brief was due on November 28, 2018. *See* TEX. R. APP. P. 38.6(a). We cautioned Appellant that any further motions for extension of time to file the brief would be disfavored.

One day after the twice-extended deadline, Appellant filed a third motion for a thirty-day extension of time to file the brief.

Appellant's motion is GRANTED IN PART. We ORDER Appellant to file the brief by December 13, 2018.

**NO FURTHER EXTENSIONS OF TIME TO FILE APPELLANT'S BRIEF WILL BE GRANTED**.

If Appellant fails to file the brief as ordered, we will immediately abate this appeal to the trial court for an abandonment hearing.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of December, 2018.



Keith E. Hottle
Clerk of Court